**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>PHUONG TANG,<br><br>      Defendant. | Case No. 2:19-mj-00964-EJY<br><br>**ORDER** |

Based on the Stipulation of counsel (ECF No. 15) and good cause appearing,

IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled on January 14, 2020, at 4:00 p.m., be vacated and continued to February 12, 2020 at the hour of 4:00 p.m. in Courtroom 3B

DATED this 9th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3