**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>PHUONG TANG,<br><br>            Defendant. | Case No. 2:19-mj-00964-EJY<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on February 12, 2020, at 4:00 p.m., be vacated and continued to **March 13, 2020** at the hour of **4:00 p.m. in Courtroom 3A**.

DATED this 12th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3