# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PHUONG TANG,

        Defendant.

2:20-cr-00054-GMN-DJA

**ORDER**

     Before the Court is the Emergency Motion to Open Detention Hearing Due to COVID-19 Pandemic (ECF No. 34).

     Accordingly,

     IT IS HEREBY ORDERED that a hearing on the Emergency Motion to Open Detention Hearing Due to COVID-19 Pandemic (ECF No. 34) is scheduled for 3:00 PM, March 19, 2020, in Courtroom 3D.

     The U.S. Marshal is directed to transport Phuong Tang to and from the hearing.

     DATED this 17th day of March, 2020.

                                                CAM FERENBACH
                                                UNITED STATES MAGISTRATE JUDGE