# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PHUONG TANG,<br><br>        Defendant. | 2:20-cr-00054-GMN-VCF<br>**ORDER** |

IT IS HEREBY ORDERED that an in-chambers telephonic hearing to discuss counsel's emails to the courtroom deputy, is scheduled for 1:30 PM, March 17, 2020.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 17th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE