# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:20-cr-00054-GMN-VCF |
| PHUONG TANG, | **MINUTE ORDER** |
| Defendant. | |

Before the court is *United States of America v. Phuong Tang*, case number 2:20-cr-00054-GMN-VCF. At 1:30 PM, March 17, 2020, the court held an in-chambers hearing to discuss counsel's emails to the courtroom deputy. Appearing for the government is Rachel Kent, Esq. Appearing for Defendant Phuong Tang is Katherine A. Tanaka, Esq. The court heard representations from the parties.

Ms. Tanaka is requesting the Court to allow Mr. Tang's father to appear at the hearing. The Court grants Ms. Tanaka's request. Mr. Tang's father may appear at the hearing in person or by telephone.

The government is asking the court for a 1-day continuance, on the Motion to Reopen Detention Hearing as to Phuong Tang (ECF NO. 35) hearing, to allow the government an opportunity to file a written opposition to the instant motion. Ms. Tanaka objects.

The Court finds that the government has given good cause to continue the hearing for 1-day.

Accordingly,

IT IS HEREBY ORDERED that the hearing on the Motion to Reopen Detention Hearing as to Phuong Tang (ECF NO. 35), scheduled for March 19, 2020, is VACATED, and RESCHEDULED to 1:30 PM, March 20, 2020, in Courtroom 3D.

1 | The U.S. Marshal is directed to transport Phuong Tang to and from the hearing.

3 | DATED this 17th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE